UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | Case No. 1:23-cr-00384-TJK |
| | : | |
| **ADE SALIM LILLY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**JOINT STATUS REPORT AND MOTION FOR SPEEDY TRIAL ACT AND TO RESET HEARING**

The Government and Ade Salim Lilly, by and through his attorney, respectfully submits this joint status report, consent motion to exclude time under the Speedy Trial Act, and request to reset hearing until March 5th or 6th and states as follows:

1. Since the Court's order and since the last hearing, the Government and defense counsel have been actively discussing the possibility of a non-trial disposition of this case. To that end, Government counsel has made contact with the States Attorney offices for three Maryland counties (Howard, Ann Arundel, and Prince George's County) to include global resolution of three pending misdemeanor charges against the defendant.

2. As of February 28, 2023, the Government has proposed a plea agreement to the defense that includes resolution of the Maryland cases. As of the date of this filing, the defense is taking the plea offer under consideration.

3. The parties are free for the next status hearing on:

    a. Tuesday March 5th, any time before 1:00 p.m.

    b. Wednesday March 6th, before 1:00 pm,

    c. Thursday March 7th, any time between 12:00 and 2:00 p.m.

    d. Friday March 8th, any time before 11:30 a.m.

4. The parties agree that the Speedy Trial clock should be tolled in order for the Government and Defense Counsel to continue discussing the possibility of a non-trial disposition in this case. The court has already tolled the time until February 20, 2024.

5. Under 18 U.S.C. § 3161(h)(7)(A), "[a]ny period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."

6. Given the factors described above, the ends of justice would be served by excluding time until the next status hearing set by the Court.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        */s/ Alexander R. Schneider*
        Alexander R. Schneider
        Special Assistant United States Attorney
        Michigan Bar #P71467
        U.S. Attorney's Office, DC
        601 D St NW
        Washington, DC 20001
        alexander.schneider@usdoj.gov
        (202) 252-7124

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

Katie D'Adamo Guevara
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500