# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 23-CR-00384 (TJK)** |
| **v.** : | |
| : | |
| **ADE-SALIM LILLY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Melissa Jackson, who may be contacted by telephone on (202) 252-7786 or e-mail at Melissa.jackson@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:   /s/ *Melissa Jackson*
    Melissa Jackson
    Assistant United States Attorney
    United States Attorney's Office
    D.C. Bar No. 996787
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-7786
    E-mail: Melissa.jackson@usdoj.gov